227 So.2d 146

**Irvin PEARL**

v.

**ASSOCIATED INDEMNITY CORPORA-TION and Pearce & Leblanc, Inc.**

No. 50051.

Oct. 23, 1969.

In re: Irvin Pearl applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 224 So.2d 29.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

227 So.2d 146

**NEW ORLEANS UNITY SOCIETY OF PRACTICAL CHRISTIANITY**

v.

**STANDARD ROOFING COMPANY, Inc.**
No. 50054.

Oct. 23, 1969.

In re: Standard Roofing Company, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 224 So.2d 60.

The application is · denied. There appears no error of law in the judgment complained of.